■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ROBINSON, Appellant.—Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered on June 11, 1986, unanimously reversed and dismissed. *(See, People v McGriff,* 130 AD2d 141.) The matter is remitted to the trial court for the purpose of entering an order in favor of the

accused, pursuant to CPL 160.50, not less than 30 days after service of a copy of this court's order upon the respondent, with leave during this 30-day period to respondent to move and seek any further stay of the implementation of CPL 160.50 as in the interest of justice is required. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Ellerin, JJ.